# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAM NGUYEN,<br><br>    Petitioner,<br><br>    v.<br><br>TROY LUND et al.,<br><br>    Respondents. | Case No. CV 16-0362-DMG(JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

The Court has reviewed the Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge. See 28 U.S.C. § 636. No objections to the Report and Recommendation have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Respondents' motion to dismiss is granted, the Petition is denied, and Judgment be entered dismissing this action.

DATED: April 28, 2017

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE