**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAM NGUYEN, | ) Case No. CV 16-0362-DMG (JPR) |
| Petitioner, | ) |
| v. | ) **J U D G M E N T** |
| TROY LUND, et al., | ) |
| Respondents. | ) |

Under the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: April 28, 2017

　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE